# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
USPS Priority Mail Package bearing tracking number 9405 5362 0624 8054 7743 11 )

Case No. 5:24-mj-00003

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Package bearing tracking number 9405 5362 0624 8054 7743 11

located in the    Southern    District of    West Virginia   , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances and/or proceeds of drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841 (a) | Distribution of a controlled substance |
| 21 U.S.C. Section 843 (b) | Using the mail to facilitate the distribution of a controlled substance |
| 21 U.S.C. Section 846 | Conspiracy to distribute a controlled substance |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:_____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Eric Seth Johnson, USPIS Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone after a PDF was submitted via email *(specify reliable electronic means)*.

Date: January 9, 2024

City and state: Beckley, West Virginia

Omar J. Aboulhosn
United States Magistrate Judge